AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2023

SEAN F. McAVOY, CLERK

MATTHEW N. )
    *Plaintiff* )
v. )   Civil Action No. 1:23-CV-03021-SAB
)
)
COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Opening Brief, ECF No.8, and Reply Brief, ECF No. 15, are GRANTED.
Commissioner's Brief, ECF No.14, is DENIED.
Decision of the Commissioner is reversed and remanded for an immediate award of benefits.
Judgment in favor of the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by   Judge Stanley A. Bastian

Date: 9/1/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
    *(By) Deputy Clerk*

Wendy Kirkham